UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARIO VENTURA and ROSALIA VENTURA,     Civil Action No. 08-2765

                           Plaintiffs,     NOTICE OF APPEARANCE

   -against-

NEW YORK CITY TRANSIT AUTHORITY,
MTA NEW YORK CITY TRANSIT,
METROPOLITAN TRANSIT AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY,
THE CITY OF NEW YORK and
JUDLAU CONTRACTING, INC.,

                           Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE, that I, Eric Dinnocenzo, am an associate with the firm of TRIEF & OLK, attorneys for plaintiffs in this action. This notice of appearance is being submitted to note my appearance as a counsel of record for plaintiffs in this litigation. I was admitted to practice in this District on December 12, 2006.

Dated:      New York, New York
             March 19, 2008

                                   TRIEF & OLK

                 by:    _____
                              Eric Dinnocenzo (ED-3430)
                              TRIEF & OLK
                              150 East 58th Street – 34th Floor
                              New York, New York 10155
                              212-486-6060
                              email address: edinnocenzo@triefandolk.com
                              ALTERNATE ADDRESS: ryerman@triefandolk.com