UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

MARIO VENTURA and ROSALIA VENTURA

                  Plaintiffs,        CASE NO. 08-CV-02765

    against                              STIPULATION

NEW YORK CITY TRANSIT AUTHORITY, MTA
NEW YORK CITY TRANSIT, METROPOLITAN
TRANSIT AUTHORITY, MTA CAPITAL CONSTRUCTION
COMPANY, THE CITY OF NEW YORK and
JUDLAU CONTRACTING, INC.

                  Defendants.
————————————————————x

    IT IS HEREBY STIPULATED by and between the parties whose signatures are affixed hereto, that the time to answer, move or otherwise respond to the complaint is hereby extended from ~~from~~ _____, ~~2008~~ to May 1, 2008.

    IT IS SO STIPULATED:

Dated:    New York, New York
              March 31, 2008

_____         _____
GERSHON D. GREENBLATT               TREIF & OLK
GREENBLATT LESSER LLP                Attorneys for Plaintiffs
Attorneys for Defendants                 150 East 58th Street
NEW YORK CITY TRANSIT AUTHORITY, MTA    New York, New York 10155
NEW YORK CITY TRANSIT, METROPOLITAN     (212) 486-6060
TRANSIT AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY and THE CITY
OF NEW YORK
370 Lexington Avenue, Suite 505           So Ordered:
New York, New York 10017
(212) 682-9832

                                               _____
                                             Honorable Louis L. Stanton, U.S.D.J.