📁 ORIGINAL

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

MARIO VENTURA and ROSALIA VENTURA

                                    Plaintiffs,        CASE NO. 08-CV-02765 (LLS)

      against                                       STIPULATION

NEW YORK CITY TRANSIT AUTHORITY, MTA
NEW YORK CITY TRANSIT, METROPOLITAN
TRANSIT AUTHORITY, MTA CAPITAL CONSTRUCTION
COMPANY, THE CITY OF NEW YORK and
JUDLAU CONTRACTING, INC.

                                   Defendants.
--------------------------------------------------x

IT IS HEREBY STIPULATED by and between the parties whose signatures are affixed

hereto, that the time to answer, move or otherwise respond to the complaint is hereby

extended from *April 7*, ~~2008~~ to May 1, 2008.                             LLS

IT IS SO STIPULATED:

Dated:    New York, New York
            March 31, 2008

_____                        _____
GERSHON D. GREENBLATT                    TREIF & OLK
GREENBLATT LESSER LLP                     Attorneys for Plaintiffs
Attorneys for Defendants                     150 East 58th Street
NEW YORK CITY TRANSIT AUTHORITY, MTA   New York, New York 10155
NEW YORK CITY TRANSIT, METROPOLITAN    (212) 486-6060
TRANSIT AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY and THE CITY
OF NEW YORK
370 Lexington Avenue, Suite 505
New York, New York 10017                 So Ordered:
(212) 682-9832

                                                               _____
                                                               Honorable Louis L. Stanton, U.S.D.J.

                                                               4/8/08