# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mario Ventura and Rosalia Ventura

Plaintiff,

-v-

New York City Transit Authority, MTA
New York City Transit, Metropolitan
Transit Authority, MTA Capital Construction
Company, The City of New York and
Judlau Constracting, Inc.

Defendant.

Case No. 08-CV-02765

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

New York City Transit Authority,*   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*MTA New York City Transit, Metropolitan
 Transit Authority, MTA Capital Construction
 Company, The City of New York

Date: 5/30/08

Ross H. Gould
**Signature of Attorney**

**Attorney Bar Code:** 8330

Form Rule7_1.pdf  SDNY Web 10/2007