ORIGINAL

STANTON, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARIO VENTURA AND ROSALINA VENTURA,   CASE NO. 08 CV 02765

                Plaintiff,   STIPULATION EXTENDING
                                     TIME TO ANSWER

    -against-

NEW YORK CITY TRANSIT AUTHORITY,
MTA NEW YORK CITY TRANSIT,
METROPOLITAN TRANSIT AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY,
THE CITY OF NEW YORK, and
JUDLAU CONTRACTING, INC.

                Defendants.
------------------------------------------------------X

        IT IS HEREBY STIPULATED by the undersigned attorneys, that the time within which Defendant JUDLAU CONTRACTING, INC. may appear and answer, move, or otherwise act with respect to Plaintiff's Complaint, is extended up to and including the July 11, 2008.

        IT IS HEREBY FURTHER STIPULATED, that all faxed signatures are deemed to be original signatures.

Dated: New York, New York
        June 13, 2008

LONDON FISCHER LLP                        TRIEF & OLK

By: _____               _____
Anthony D. Capasso                         Eric Dinnocenzo
Attorneys for Defendant                    Attorneys for Plaintiffs
JUDLAU CONTRACTING, INC.                   MARIO VENTURA AND ROSALINA VENTURA
59 Maiden Lane                             150 East 58th Street, 34th Floor
New York, New York 10038                   New York, New York 10155
(212) 972-1000                             (212) 486-6060


So Ordered:

Dated: June 18, 2008     _____
                         Louis L. Stanton
                         Honorable Louis L. Stanton, U.S.D.J.