UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARIO VENTURA AND ROSALINA VENTURA,  :  Civil Action No.:
                                                                                  08-cv-02765 (LLS)

                    Plaintiffs,                           :

          - against -                                    :  CORPORATE DISCLOSURE
                                                                                  STATEMENT

                                                                                  [Fed. R. Civ. P. 7.1]

NEW YORK CITY TRANSIT AUTHORITY,
MTA NEW YORK CITY TRANSIT,
METROPOLITAN TRANSIT AUTHORITY,
MTA CAPITAL CONSTRUCTION COMPANY,
THE CITY OF NEW YORK, and
JUDLAU CONTRACTING, INC.

                    Defendants.
------------------------------------------------------------------------x

TO THE HONORABLE COURT:

        Further to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JUDLAU CONTRACTING, INC. ("JUDLAU") submits its Corporate Disclosure Statement as follows:

        1.      There is no parent corporation for JUDLAU.

        2.      There is no publicly held corporation that owns 10% or more of JUDLAU's stock.

{N0108805.1 }

Dated: July 9, 2008

                                                            LONDON FISCHER LLP

                                By: _____
                                    ANTHONY D. CAPASSO (AC 8280)
                                    Attorneys for Defendant
                                    JUDLAU CONTRACTING, INC.
                                    59 Maiden Lane, 41st Floor
                                    New York, New York  10038
                                    (212) 972-1000

TO:    TRIEF & OLK
         Ted Trief, Esq. (TT 7594)
         Eric Dinnocenzo (ED 3430)
         Attorneys for Plaintiffs
         150 East 58th Street, 34th Floor
         New York, New York  10155
         (2125) 486-6060

         GERSHON GREENBLATT and LESSER
         Attorneys for Defendants
         NEW YORK CITY TRANSIT, MTA NEW
         YORK CITY TRANSIT, METROPOLITAN
         TRANSIT AUTHORITY, MTA CAPITAL
         CONSTRUCTION COMPANY, and
         THE CITY OF NEW YORK
         370 Lexington Avenue, Suite 505
         New York, New York  10016
         (212) 682-9832