UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARIO VENTURA and ROSALIA VENTURA

                        Plaintiffs,        CASE NO. 08-CV-02765

    against

                                      **ANSWER TO**
                                      **DEFENDANT JUDLAU'S**
                                      **CROSS CLAIM**

NEW YORK CITY TRANSIT AUTHORITY, MTA
NEW YORK CITY TRANSIT, METROPOLITAN
TRANSIT AUTHORITY, MTA CAPITAL CONSTRUCTION
COMPANY, THE CITY OF NEW YORK and
JUDLAU CONTRACTING, INC.

                        Defendants.
-----------------------------------------------------------------------x

      Defendants, NEW YORK CITY TRANSIT AUTHORITY ("NYCTA"), MTA NEW YORK CITY TRANSIT ("MTA NYC"), METROPOLITAN TRANSIT AUTHORITY ("MTA"), MTA CAPITAL CONSTRUCTION COMPANY ("MTA CAPITAL"), and THE CITY OF NEW YORK ("CITY"), by their attorneys, Greenblatt Lesser LLP, as and for their Answer to Cross-Claim of defendant JUDLAU CONTRACTING, INC. ("JUDLAU"), respectfully allege upon information and belief, as follows:

    (1)    Deny each and every allegation contained in Paragraph "FIRST."

    (2)    Deny each and every allegation contained in Paragraph "SECOND."


      WHEREFORE, defendants demand Judgment dismissing defendant Judlau's

Cross-Claims, together with the costs and disbursements of this action and such other further and different relief as this Honorable Court deems just and proper.

Dated:   New York, New York
         July 14, 2008

*Ross H. Gould*
Ross H. Gould, Esq. (RG 8330)
GREENBLATT LESSER LLP
Attorneys for Defendants
NEW YORK CITY TRANSIT
AUTHORITY, MTA NEW YORK
CITY TRANSIT,
METROPOLITAN TRANSIT
AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY, and
THE CITY OF NEW YORK
370 Lexington Avenue, Suite 505
New York, New York 10017
(212) 682-9832

TO:  Ted Trief, Esq.
     Treif & Olk
     150 East 58th Street
     New York, New York 10155
     (212) 486-6060

     Anthony D. Capasso, Esq.
     Attorneys for Defendant Judlau
     CONTRACTING, INC.
     59 Maiden Lane, 41st Floor
     New York, NY 10038
     (212) 972-1000

2