UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIO VENTURA AND ROSALINA VENTURA,    :    Civil Action No.:
                                                                                       08-cv-02765 (LLS)
                    Plaintiffs,                                      :

       -against-                                                     :    NOTICE OF
                                                                                       APPEARANCE
NEW YORK CITY TRANSIT AUTHORITY,         :
MTA NEW YORK CITY TRANSIT,
METROPOLITAN TRANSIT AUTHORITY,           :
MTA CAPITAL CONSTRUCTION COMPANY,
THE CITY OF NEW YORK, and                          :
JUDLAU CONTRACTING, INC.
                                                                             :
                    Defendants.
------------------------------------------------------------------------X

To the Clerk of this Court and all parties of records

       Enter my appearance as counsel (Lead Attorney & Attorney to be Noticed) in this case for:

       JUDLAU CONTRACTING, INC.

Dated: New York, New York
       July 16, 2008

                                          LONDON FISCHER LLP

                    By: _____
                         ANTHONY D. CAPASSO (AC 8280)
                         Attorneys for Defendant
                         JUDLAU CONTRACTING, INC.
                         59 Maiden Lane, 41st Floor
                         New York, New York 10038
                         (212) 972-1000
                         acapasso@londonfischer.com

{N0110693.1 }

TO:

TRIEF & OLK
Attorneys for Plaintiffs
MARIO VENTURA AND ROSALINA VENTURA
150 E. 58th Street, 34th Floor
New York, New York 10155
(212) 486-6060

GERSHON GREENBLATT and LESSER
Attorneys for Defendants
NEW YORK CITY TRANSIT, MTA NEW
YORK CITY TRANSIT, METROPOLITAN
TRANSIT AUTHORITY, MTA CAPITAL
CONSTRUCTION COMPANY, and
THE CITY OF NEW YORK
370 Lexington Avenue, Suite 505
New York, New York  10016
(212) 682-9832